JONATHAN A. KORN, Respondent, v FIRST UNUM LIFE INSURANCE COMPANY, Appellant. [869 NYS2d 790]

Viewing the evidence in the light most favorable to the plaintiff (*see Campbell v City of Elmira,* 84 NY2d 505, 509 [1994]), we find that a valid line of reasoning and permissible inferences could lead a rational person to the conclusion reached by the jury herein. Moreover, the verdict was supported by a fair interpretation of the evidence (*see Nicastro v Park,* 113 AD2d 129, 134 [1985]). Skelos, J.P., Santucci, McCarthy and Dickerson, JJ., concur.